IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| PATRICIA AIELLO; DOUG BORK; CATHY CITRO; JENNIFER DANCHSIN; RICHARD DANCHSIN II; DANIEL DRAUS; MARY DYER; BETH FITZPATRICK; BRANDIE FRANKLIN; GUILLERMINA GARCIA; TERESA GIROLAMO; ANNA GRAY; HEATHER GRAY; BONNIE GREER; ANGELICA HARTMANN; JEFFERY HARTMANN; SHARON HEIDEN;SANDY IPPOLITO; SYLVIA IWANIEC; VERNESSA JACKSON; ANNIE JOHNSON; KIM KERR; MARY ANN KIRCHOFF; LORETTA KLAFETA; CANDACE KOWALCZYK; JUSTINE KRULAS; JOHN LYNCH; LILA LYNCH; GARY MARK;JASON MARK; MARY ANN MCGRAW; DEBBIE MCSHANE; ADRIANA MOLDOVAN; HOWARD MOSTYN-BROWN; MICHELLE O'GRADY; ESTHER PEDDRICK; JENNIFER ROSKOS; GUS SILAGI; ASHLEY TURNER; LORI UHRHAMMER; STEVE WERNECKE; STELLA BACH; FRANCES BILLIE; PRECIOUS ENYIEMA; MELISSA HUGHES; AMY JARRET; TERESA JOHNSON; ARIK KATZ; JOANN MAYWORM; KIMBERLY MAYWORM; MARSCHAN MCGRAW; YVONNE NSAR; DEBORAH PLESNIAK; SILVIA PICHARDO; TIWONA PICKETT; ANNA PINERA; PAMELA PRICE; EDWARD P. SHOWTIS; SKYE FRANK; DONNA TAGLI; ELAINE ZENE; DEBRAH BESSE; MARY BODAN; MILTON L. CHUCK; BARBARA CIECHNA; DENNIS CIECHNA; MARY EARL-WAGNER; GEOFFREY GRISWOLD; BARBARA KECK; KIMBERLY KOERNER; RAYMOND PETERNELL; MICHAEL FUCHS; ANDREA TERRY; VICTORIA LEGANSKI; VALERIE SANDERS; DIANE PRODZENSKI; and KATHLEEN DONNELLY,<br><br>Plaintiffs | Case No.: 17-cv-00985<br><br>Judge: Honorable Leinenweber |

|  |  |
|---|---|
| v. | ) |
|  | ) |
| KUBE, LLC; SCOTT CARSON; | ) |
| JOHN HUGHES, INVISION MARKETING | ) |
| SOLUTIONS, a division of SOUTHERN WINE | ) |
| & SPIRITS OF AMERICA, INC. | ) |
|  | ) |
| Defendants. | ) |

## MOTION FOR ENTRY OF CONSENT JUDGEMENT

NOW COMES, Plaintiffs, by and through their attorneys Langone, Batson & Lavery, LLC brings this motion for entry of consent judgement against defendant.

1. This Case settled as to Defendants Kube, LLC, Scott Carson, and John Hughes.

2. On August 22, 2018, all causes of actions against Defendants Scott Carson and John Hughes were dismissed by the Court with prejudice.

3. Per the terms of the settlement, Defendant KUBE, LLC agreed to the entry of a consent judgement in the amount of $303,423.32 against KUBE, LLC and in favor of Plaintiffs.

4. Attached as Exhibit A is a proposed Consent Judgement Order.

WHEREFORE, please sign this consent judgement attached as Exhibit A.

Respectfully Submitted,

/s/Christopher V. Langone
Christopher V. Langone
LANGONE, BATSON & LAVERY, LLC
17 North Wabash Avenue, Suite 500
Chicago, IL 60602
(312) 720-9191
clangone@langonebatson.com

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA AIELLO; DOUG BORK; CATHY CITRO; JENNIFER DANCHSIN; RICHARD DANCHSIN II; DANIEL DRAUS; MARY DYER; BETH FITZPATRICK; BRANDIE FRANKLIN; GUILLERMINA GARCIA; TERESA GIROLAMO; ANNA GRAY; HEATHER GRAY; BONNIE GREER; ANGELICA HARTMANN; JEFFERY HARTMANN; SHARON HEIDEN;SANDY IPPOLITO; SYLVIA IWANIEC; VERNESSA JACKSON; ANNIE JOHNSON; KIM KERR; MARY ANN KIRCHOFF; LORETTA KLAFETA; CANDACE KOWALCZYK; JUSTINE KRULAS; JOHN LYNCH; LILA LYNCH; GARY MARK;JASON MARK; MARY ANN MCGRAW; DEBBIE MCSHANE; ADRIANA MOLDOVAN; HOWARD MOSTYN-BROWN; MICHELLE O'GRADY; ESTHER PEDDRICK; JENNIFER ROSKOS; GUS SILAGI; ASHLEY TURNER; LORI UHRHAMMER; STEVE WERNECKE; STELLA BACH; FRANCES BILLIE; PRECIOUS ENYIEMA; MELISSA HUGHES; AMY JARRET; TERESA JOHNSON; ARIK KATZ; JOANN MAYWORM; KIMBERLY MAYWORM; MARSCHAN MCGRAW; YVONNE NSAR; DEBORAH PLESNIAK; SILVIA PICHARDO; TIWONA PICKETT; ANNA PINERA; PAMELA PRICE; EDWARD P. SHOWTIS; SKYE FRANK; DONNA TAGLI; ELAINE ZENE; DEBRAH BESSE; MARY BODAN; MILTON L. CHUCK; BARBARA CIECHNA; DENNIS CIECHNA; MARY EARL-WAGNER; GEOFFREY GRISWOLD; BARBARA KECK; KIMBERLY KOERNER; RAYMOND PETERNELL; MICHAEL FUCHS; ANDREA TERRY; VICTORIA LEGANSKI; VALERIE SANDERS; DIANE PRODZENSKI; and KATHLEEN DONNELLY,<br><br>Plaintiffs | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 17-cv-00985<br><br>Judge: Honorable Leinenweber |

|                                                      |   |
|------------------------------------------------------|---|
| v.                                                   | ) |
|                                                      | ) |
| KUBE, LLC; SCOTT CARSON;                             | ) |
| JOHN HUGHES, INVISION MARKETING                      | ) |
| SOLUTIONS, a division of SOUTHERN WINE               | ) |
| & SPIRITS OF AMERICA, INC.                           | ) |
|                                                      | ) |
| Defendants.                                          | ) |

## ORDER FOR ENTRY OF CONSENT JUDGMENT

Pursuant to Stipulation, Judgment is entered in favor of Plaintiffs, Patricia Aiello, Stella Bach, Debrah Besse, Frances Billie, Mary Bodan, Doug Bork, Milton Chuck, Barbara Ciechna, Dennis Ciechna, Cathy Citro, Jennifer Danchsin, Richard Danchsin, II, Kathleen Donnelly, Daniel Draus, Mary Dyer, Mary Earl-Wagner, Precious Enyiema, Beth Fitzpatrick, Skye Frank, Brandie Franklin, Michael Fuchs, Guillermina Garcia, Teresa Girolamo, Anna Gray, Heather Gray, Bonnie Greer, Geoffrey Griswold, Angelica Hartmann, Jeffery Hartmann, Sharon Heiden, Melissa Hughes, Sandy Ippolito, Sylvia Iwaniec, Vernessa Jackson, Amy Jarrett, Annie Johnson, Teresa Johnson, Arik Katz, Barbara Keck, Kim Kerr, Mary Ann Kirchoff, Loretta Klafeta, Kimberly Koerner, Candace Kowalczyk, Justine Krulas, Victoria Leganski, John Lynch, Lila Lynch, Gary Mark, Jason Mark, JoAnn Mayworm, Kimberly Mayworm, Marschan McGraw, Mary Ann McGraw, Debbie McShane, Adriana Moldovan, Howard Mostyn-Brown, Yvonne Nsar, Michelle O'Grady, Esther Peddrick, Raymond Peternell, Sylvia Pichardo, Tiwona Pickett, Anna Pinera, Deborah Plesniak, Pamela Price, Diane Prodzenski, Jennifer Roskos, Valerie Sanders, Edward Showtis, Gus Silagi, Donna Tagli, Andrea Terry, Ashley Turner, Lori Uhrhammer, Steve Wernecke, and Elaine Zene, against Kube, LLC in the amount of $303, 423.32.

_____
Judge

_____
Date